UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VELASQUEZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>UNKNOWN,<br><br>　　　　Respondent. | CASE NO. CV 13-6169-FMO (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order filed herewith,

　　IT IS HEREBY ADJUDGED that the Motion is denied and this matter is dismissed without prejudice.

　　DATED: August 28, 2013.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd