UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN VELASQUEZ, | ) | CASE NO. CV 13-6169-FMO (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| UNKNOWN, | ) ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order filed herewith,

IT IS HEREBY ADJUDGED that the Motion is denied and this matter is dismissed without prejudice.

DATED: August 28, 2013.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd